Michael C. Fallon - SBN 088313
Attorney at Law
100 E Street, Ste 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Lohrey Enterprises, LLC

Steven M. Olson - SBN 146120
Law Offices of Steven M. Olson
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Lohrey Enterprises, Inc.
a California corporation,
dba West Coast Linen,

    Debtor.

Case No. 08-12206

Chapter 11

ORDER STAYING ORDER APPOINTING CHAPTER 11 TRUSTEE

The matter of the motion fo the Office of the United States trustee for an order converting this case to Chapter 7 came on for hearing before the Honorable Alan Jaroslovsky, United States Bankruptcy Judge, on November 7, 2008. The appearances of the parties were stated in the record. The court having considered the matter,

IT IS HEREBY ORDERED that this court's Order Appointing Chapter 11 Trustee is hereby stayed until the Office of the United States Trustee identifies a Chapter 11 Trustee and an order is entered appointing that individual to act as trustee.

Dated: November 7, 2008

Alan Jaroslovsky
U.S. Bankruptcy Judge