# EXHIBIT "B"

# WCL November 2008
# Draft Budget

| | Post filing actual Rene's #s (52.4K x .3424) | Proforma Mgmt Team #s (60K x .3424) | Possible Future Hybrid (52.4K x .3424) | Possible Future Hybrid + (60K x .38) | Possible Future (85K x .38) | Needed to break even (120K x .44) |
|---|---|---|---|---|---|---|
| Revenue | $538,253 | $616,320 | $538,253 | $684,000 | $969,000 | $1,584,000 |
| | | | | | | |
| Labor Costs | $441,000 | $441,000 | $441,000 | $441,000 | $661,500 | $882,000 |
| Salary Costs | | | | | | |
| Subtotal | | | | | | |
| | | | | | | |
| Utilities | | | | | | |
| Gas | $45,814 | $30,000 | $45,000 | $45,000 | $67,500 | $90,000 |
| Sewer | $8,175 | | | | | |
| Electricity | $13,726 | $30,000 | $30,000 | $30,000 | $45,000 | $60,000 |
| Water | $5,400 | $35,000 | $30,000 | $30,000 | $45,000 | $60,000 |
| Garbage | | $600 | $600 | $600 | $600 | $600 |
| Subtotal | | | | | | |
| | | | | | | |
| Chemicals | $41,000 | $23,000 | $30,000 | $30,000 | $45,000 | $60,000 |
| | | | | | | |
| Supplies | | | | | | |
| Engineering | | $3,000 | $3,000 | $3,000 | $4,500 | $9,000 |
| Operations | | $5,000 | $5,000 | $5,000 | $7,500 | $15,000 |
| Office | | $2,000 | $5,000 | $5,000 | $7,500 | $15,000 |
| Infection Control | | $5,000 | $5,000 | $5,000 | $7,500 | $15,000 |
| Production | | $3,000 | $10,000 | $10,000 | $15,000 | $30,000 |
| Subtotal | $36,438 | | | | | |
| | | | | | | |
| Office Supplies | $5,384 | $0 | $0 | $0 | $0 | |
| Maintenance/Repair | | $3,000 | $3,000 | $3,000 | $3,000 | $6,000 |
| Equipment Parts | $45,575 | $8,000 | $12,000 | $12,000 | $12,000 | $12,000 |
| Sales Expenses | | $2,000 | $2,000 | $2,000 | $2,000 | $4,000 |
| Fuel | $21,000 | $22,500 | $22,500 | $22,500 | $22,500 | $45,000 |
| | | | | | | |
| Insurance | | | | | | |
| Liability | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 | $6,800 |
| Truck | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $10,000 |
| | | | | | | |
| Telephone | $5,000 | $2,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| Truck Leases | $3,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 |
| MCI Leasing | $32,000 | $32,000 | $31,000 | $31,000 | $31,000 | $31,000 |
| Podium Leasing | $27,000 | $27,000 | $27,000 | $27,000 | $27,000 | $27,000 |
| Vestin | $174,000 | $174,000 | $174,000 | $174,000 | $174,000 | $174,000 |
| Property Taxes | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 | $22,000 |
| Total Expense | $938,312 | $898,900 | $931,900 | $940,000 | $1,233,900 | $1,596,400 |
| Net Income | -$400,059 | -$282,580 | -$393,647 | -$256,000 | -$264,900 | -$12,400 |
| | | | | | | |
| Admin expenses, to date | | | | | | |
| Labor | $441,000 | $441,000 | | | | |
| Supplies | 24000 | 24001 | | | | |
| Serices | $96,800 | $93,800 | | | | |
| Leases | $271,000 | $271,000 | | | | |
| Other | | | | | | |
| | | | | | | |
| Total cure + next 30 days | $1,232,859 | $1,112,381 | | | | |