DONNA TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JAMES A. SHEPHERD, Trial Attorney (DC#476306)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: james.a.shepherd@usdoj.gov

Attorneys for Acting United States Trustee
  SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:  )
        )  No. 08-12206 AJ
LOHREY ENTERPRISES, INC.,  )
        )
        Debtor.  )
_____  )

**ORDER CONVERTING CASE TO**
**CHAPTER 7 AND FOR RELATED RELIEF**

The Acting United States Trustee filed a motion to dismiss or convert the above-captioned case to chapter 7 for cause under 11 U.S.C. § 1112(b) on November 5, 2008. A hearing was held on November 21, 2008, at which James Shepherd appeared for the moving party and other appearances were noted on the record. The notice and service of the motion being proper and good cause appearing, and for the reasons stated on the record,

IT IS HEREBY ORDERED that the U.S. Trustee's motion to convert is GRANTED; and

IT IS FURTHER ORDERED that this case is hereby converted to a case under chapter 7 of the Bankruptcy Code; and

IT IS FURTHER ORDERED that, in accordance with Interim Rule 1019 of the Federal Rules of Bankruptcy Procedure, the chapter 11 trustee shall file within 15 days a schedule of unpaid debts incurred after commencement of the chapter 11 case, and shall file within 30 days a final report and account; and

IT IS FURTHER ORDERED that, pursuant to designation by the U.S. Trustee, Richard J. Schwalbe will serve as chapter 7 trustee in this case; and

IT IS FURTHER ORDERED that the chapter 7 trustee is hereby authorized to operate the debtor's

ORDER CONVERTING CASE TO CHAPTER 7 AND FOR RELATED RELIEF - 1 -

business under 11 U.S.C. § 721 for a period of 30 days, which may be extended with court approval on 10 days' notice to all creditors.

Dated: November 21, 2008

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge