PATRICIA H. LYON (State Bar Number 126761)
FRENCH & LYON
Attorneys At Law
a Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA 94111
Telephone: 415-597-7849
Facsimile: 415-243-8200
phlyon@aol.com

Proposed Attorneys for Richard Schwalbe,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SANTA ROSA DIVISION)

In re: ) Case No.: 08-12206-AJ
)
) Chapter 7
)
LOHREY ENTERPRISES, INC. )
) **SCHEDULE OF UNPAID DEBTS**
) **INCURRED AFTER FILING OF**
) **ORIGINAL PETITION TO DATE OF**
) **CONVERSION**
Debtor. )
)
)
)

      Richard Schwalbe ("Trustee"), acting as the duly appointed Chapter 11 Trustee prior to conversion of the Case to one under Chapter 7, and as the duly appointed Chapter 7 Trustee, hereby submits the attached Exhibit "A," Statement of Unpaid Chapter 11 Debts Incurred After Filing of Original Petition to Date of Conversion, and Schedule 1 thereto (containing the detail of unpaid payroll for the period) as an estimated schedule of the unpaid debts of Debtor LOHREY ENTERPRISES, INC. incurred after the filing of the original Petition to the date the case was converted to one under Chapter 7.

      Due to the lack of adequate books and records in this case, Trustee has not been able to make a final determination regarding all post-petition debts and the attached is an estimate only. As noted on Exhibit "A," certain debts are disputed and/or contingent. Additional debts may have

-1-
SCHEDULE OF UNPAID DEBTS AFTER FILING OF PETITION TERM LEASE
CASE NO. 08-12206-AJ

Case: 08-12206    Doc# 93    Filed: 12/04/08    Entered: 12/04/08 17:40:26    Page 1 of 2

been incurred as well.  Trustee will supplement and amend the Schedule at such time as Trustee has been able to search all available books and records relating to such debts.

Dated: December 4, 2008

FRENCH & LYON
A Professional Corporation

By: <u>Patricia H. Lyon</u>
PATRICIA  H. LYON
Attorneys for Richard Schwalbe
Chapter 7 Trustee

Case: 08-12206    Doc# 93    Filed: 12/04/08    Entered: 12/04/08 17:40:26    Page 2 of 2