EXHIBIT "A"

**EXHIBIT A**
**Lohrey Enterprises DBA West Coast Linen**
**Unpaid Chapter 11 bankruptcy expenses October 17, 2008 to November 21, 2008**
This report was prepared from the incomplete records of the Debtor and without the benefit of bank account records which have not yet been released by Bank of America

| | | | |
|---|---|---|---|
| PG&E | $26,222.70 | October 18 to November 5 | electric |
| PG&E | | November 6 to November 21 | electric |
| PG&E | $6,565.99 | 10.18 to 10.31 | gas transmission |
| PG&E | $192,445.39 | 10.18 to 10.31 | gas usage |
| PG&E | $192,445.39 | 11.1 to 11.21 estimate | gas usage |
| City of Gilroy tax on gas usage | $19,244.54 | 5% tax on gas usage | |
| Adams Security Consultants | $21,882.64 | 10.23 to 11.1 | security guards |
| Adams Security Consultants | $18,941.94 | 11.2 to 11.8 | security guards |
| Adams Security Consultants | $18,001.66 | 11.9 to 11.15 | security guards |
| Adams Security Consultants | $12,250.81 | 11.16 to 11.20 | security guards |
| MCI Computer Leasing | $36,033.32 | | equipment rent 34 days |
| GSL/Podium Leasing | $27,635.24 | | Disputed |
| Lohrey Investment for real estate | | | Unknown |
| Verizon (phone) | $906.00 | | estimated from prorated |
| AT&T (phone) | $142.54 | estimate | |
| Internet | $339.80 | | |
| C.C.O.I.Gate & Fence | $204.13 | | |
| Jimmy Mosley | $3,075.00 | | printer paper, fuel |
| Richard Schwalbe, Trustee | $37,750.00 | | 151 hours |
| US Bank/Integrated Copy Solutions | $1,296.63 | 10.18 to 11.18 | copier lease and service |
| Penske Truck Leasing | $865.03 | | lift gate repair |
| Hoge, Fenton, Jones & Appel | $5,000.00 | estimate, under review | General business, financing |
| Hoge, Fenton, Jones & Appel | $197.50 | | Hudak Financial VS Lohrey Enterprises |
| Hoge, Fenton, Jones & Appel | $12,284.50 | under review | General business, Kaiser |
| Hoge, Fenton, Jones & Appel | $196.00 | | Caro vs Lohrey Enterprises |
| Hoge, Fenton, Jones & Appel | $24.50 | | Geron vs Lohrey Enterprises |
| MegaPath | $396.71 | under review | internet & computer security (T1 line) |
| Amerigas | $11.91 | | propane tank rent |
| Federal Express | $41.09 | | |
| FasTrak | $19.25 | | tolls |
| Barnett Surgical Supply | $9,048.91 | under review | hospital linen sterilization supplies |
| AnsaVoice | $1,248.00 | | conference calls |
| Comp-Connection | $3,838.50 | under review | computer technical support |
| South Valley Disposal | $214.41 | | Container rental |
| Lohrey Investments | $196,000.00 | under review | real estate rent |
| Payroll from Schedule 1 (see attached) | $564,842.61 | subject to further review | |
| **Total Unpaid Chapter 11 expenses** | **$1,383,389.94** | | |

Schedule 1
Payroll from October 17 to November 21

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| **Grand Totals** | **44,977.07** | **2,327.00** | **$ 446,722.71** | **$ 117,874.40** | **$ 245.50** | **$ 564,842.61** |
| Abarca, Maria Rosa | 58.25 | | $ 495.13 | | | $ 495.13 |
| Acosta, German | 81.25 | 6.75 | $ 690.63 | $ 86.06 | | $ 776.69 |
| Acosta, Lorenzo Mario | 173.70 | 17.75 | $ 2,084.40 | $ 319.50 | | $ 2,403.90 |
| Acosta, Susana | 127.25 | 5.25 | $ 1,049.81 | $ 65.00 | | $ 1,114.81 |
| Aguilar, Angelina R. | 77.00 | 1.50 | $ 616.00 | $ 18.00 | | $ 634.00 |
| Aguilar, Fidelina A. | 66.00 | | $ 544.50 | | | $ 544.50 |
| Aguilar, Guillermina | 110.25 | 1.50 | $ 882.00 | $ 18.00 | | $ 900.00 |
| Aguilar, Roxana | 133.25 | 0.75 | $ 1,066.00 | $ 9.00 | | $ 1,075.00 |
| Aguilar-Lopez, Francisco | 64.25 | 8.25 | $ 546.13 | $ 105.19 | | $ 651.32 |
| Aguilar-Zaldana, Franci | 64.00 | 8.25 | $ 512.00 | $ 99.00 | | $ 611.00 |
| Alfaro-Ramirez, Rodolfo | 4.75 | | $ 40.38 | | | $ 40.38 |
| Alonso, Roberto | 113.25 | | $ 962.63 | | | $ 962.63 |
| Alvarez-Morales, Hugo | 83.00 | 0.50 | $ 996.00 | $ 9.00 | | $ 1,005.00 |
| Andrade, Noe | 97.25 | | $ 826.63 | | | $ 826.63 |
| Andres, Cecilia | 53.50 | | $ 454.75 | | | $ 454.75 |
| Angeles, David R. | 154.50 | 5.00 | $ 1,236.00 | $ 60.00 | | $ 1,296.00 |
| Aranda, Silvia | 123.25 | | $ 986.00 | | | $ 986.00 |
| Araujo, Ana M | 138.00 | 5.00 | $ 1,173.00 | $ 63.75 | | $ 1,236.75 |
| Arechiga-Garcia, Sergio | 24.25 | | $ 206.13 | | | $ 206.13 |
| Arellano, Maribel L. | 72.25 | | $ 596.06 | | | $ 596.06 |
| Arriaga, Maria | 125.75 | 3.75 | $ 1,006.00 | $ 45.00 | | $ 1,051.00 |
| Arteaga, Juan B | 165.25 | 9.75 | $ 1,445.94 | $ 128.02 | | $ 1,573.96 |
| Atilano, Gonzalo | 100.50 | 3.25 | $ 804.00 | $ 39.00 | | $ 843.00 |
| Avila, Bulmaro | 154.00 | 0.75 | $ 1,309.00 | $ 9.56 | | $ 1,318.56 |
| Avila, Leopoldo A. | 70.50 | | $ 564.00 | | | $ 564.00 |
| Avila, Martha | 143.75 | 1.50 | $ 1,221.88 | $ 19.13 | | $ 1,241.01 |
| Balderrama-Piña, Abel | 70.00 | | $ 560.00 | | | $ 560.00 |
| Bannon, Renee | 0.00 | | $ - | $ 6,371.78 | | $ 6,371.78 |
| Banuelos, Fernando | 74.00 | | $ 514.25 | | | $ 514.25 |
| Barrientos, Daiman | 60.50 | | $ 1,140.00 | | | $ 1,140.00 |
| Bautista, Mateo F | 142.50 | | $ 1,344.00 | | | $ 1,344.00 |
| Bavuso, Nancy | 96.00 | 12.00 | $ 1,204.00 | $ 252.00 | | $ 1,456.00 |
| Bejines, Jessica | 150.50 | 22.25 | $ 813.88 | $ 267.00 | | $ 1,080.88 |
| Benavides, Jose | 0.00 | | $ - | $ 3,185.88 | | $ 3,185.88 |
| Benitez, Maura J. | 95.75 | | $ 813.87 | | | $ 813.87 |
| Berlin, Norm | 0.00 | | | $ 8,192.28 | | $ 8,192.28 |
| Bermudez, Leida L | UNKNOWN | | | | | Unknown |
| Bernal, Fidel Filorio | | | $ 701.25 | | | $ 701.25 |
| Bernardo, Jose Javier | 85.00 | | $ 1,248.00 | | | $ 1,248.00 |
| Betancourt, Gustavo | 96.00 | 4.75 | $ 2,520.00 | $ 92.63 | $ 130.00 | $ 2,742.63 |
| Blanco, Eleuterio | 168.00 | 33.25 | $ 1,085.88 | $ 748.13 | | $ 1,834.01 |
| Blanco, Norma | 127.75 | | $ 408.38 | | | $ 408.38 |
| Bueno, Jessica | 49.50 | | $ 408.37 | | | $ 408.37 |
| Bustamante, Reyna | | | $ 784.13 | | | $ 784.13 |
| Cabada, Jose Refugio | 92.25 | | $ 594.00 | | | $ 594.00 |
| Cabrera, Adriana | 74.25 | | $ 256.00 | | | $ 256.00 |
| Cabrera, Arturo | 124.50 | 38.50 | $ 1,743.00 | $ 808.50 | | $ 2,551.50 |
| Cabrera, Juan | 106.00 | 22.50 | $ 581.88 | $ 286.88 | | $ 868.76 |
| Cabrera, Luis Alberto | 61.25 | 1.00 | $ 576.00 | $ 14.25 | | $ 590.25 |
| Cabrera, Maria J | 48.00 | 10.50 | $ 1,570.50 | $ 189.00 | | $ 1,759.50 |
| Cadena, Luis | 174.50 | 5.00 | $ 954.00 | $ 67.50 | | $ 1,021.50 |
| Calderon, Oscar | 119.25 | 1.50 | $ 714.00 | $ 18.00 | | $ 732.00 |
| Camal, Elvira | 89.25 | 0.25 | $ 1,460.00 | $ 3.00 | | $ 1,463.00 |
| Cardenas, Blas Z | 146.00 | 2.25 | $ 1,213.38 | $ 33.75 | | $ 1,247.13 |
| Cardenas, Rocio Guada | 142.75 | 0.25 | $ 1,213.37 | $ 3.18 | | $ 1,216.55 |
| Cardenas, Sandra D | UNKNOWN | | | | | Unknown |
| Caro, Angela | | | $ 1,120.00 | | | $ 1,120.00 |
| Carrillo-Quizada, Ana N. | | | $ 794.06 | | | $ 794.06 |
| Castañeda, Juan M. | 96.25 | | $ 796.13 | | | $ 796.13 |
| Castaneda, Maria E | 96.50 | | $ 796.12 | | | $ 796.12 |
| Castañeda-Avila, Sergio Enrique | | | $ 1,214.00 | | | $ 1,214.00 |
| Castillo Lopez, Elizabet | 151.75 | 1.25 | $ 708.00 | $ 15.00 | | $ 723.00 |
| Castillo, Rebeca | 88.50 | 2.50 | $ 488.00 | $ 30.00 | | $ 518.00 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Castro, Jaime | 61.00 | | $ 484.00 | | | $ 484.00 |
| Castro, Javier | 60.50 | 10.50 | $ 1,128.38 | $ 126.00 | | $ 1,254.38 |
| Castro, Santos J. | 132.75 | 1.50 | $ 1,094.00 | $ 19.13 | | $ 1,113.13 |
| Cerna, Erika | 136.75 | 4.75 | $ 530.06 | $ 57.00 | | $ 587.06 |
| Cervantes, Eloy | 64.25 | | $ 522.75 | | | $ 522.75 |
| Cervantes, Martha | 61.50 | | $ 476.44 | | | $ 476.44 |
| Cervantes, Sandra | 57.75 | | $ 728.06 | | | $ 728.06 |
| Chavez, Angeles | 88.25 | | $ 1,246.50 | | | $ 1,246.50 |
| Chavez, Arturo | 138.50 | 22.50 | $ 988.13 | $ 303.75 | | $ 1,291.88 |
| Cid, Cruz Antonio | 116.25 | 2.75 | $ 673.75 | $ 35.06 | | $ 708.81 |
| Cid, Everardo | 61.25 | 23.00 | $ 1,102.88 | $ 379.50 | | $ 1,482.38 |
| Conchas, Leonor | 129.75 | | $ 1,102.87 | | | $ 1,102.87 |
| Conde Lara, Guillermo | | | $ 1,197.00 | | | $ 1,197.00 |
| Contreras, Abel M | 133.00 | 15.50 | $ 1,082.25 | $ 209.25 | | $ 1,291.50 |

Case: 08-12206   Doc# 93-1   Filed: 12/04/08   Entered: 12/04/08 17:40:26   Page 3 of 9

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| Contreras, Elvira | 120.25 | 5.75 | $ 930.19 | $ 77.63 | | $ 1,007.82 |
| Contreras, Julia F. | 112.75 | | $ 881.88 | | | $ 881.88 |
| Corona, Sergio | 103.75 | 1.00 | $ 425.00 | $ 12.75 | | $ 437.75 |
| Cortez, Amado | 50.00 | 2.75 | $ 391.00 | $ 35.06 | | $ 426.06 |
| Cortez, Magdalena | 46.00 | | $ 520.63 | | | $ 520.63 |
| Cortez, Maria Luisa | 61.25 | | $ 520.62 | | | $ 520.62 |
| Cortez, Rene | 88.00 | 0.00 | $ 1,320.00 | | | $ 1,320.00 |
| Crispin, Ana L. | 125.00 | 0.25 | $ 521.81 | $ 3.19 | | $ 525.00 |
| Cruz, Aurora | 63.25 | | $ 521.81 | | | $ 521.81 |
| Cruz, Celerina | | | $ 214.50 | | | $ 214.50 |
| Cruz, Jose I | 40.00 | 10.00 | $ 480.00 | $ 180.00 | | $ 660.00 |
| Cruz, Joselito | 129.25 | 1.50 | $ 1,084.56 | $ 22.50 | | $ 1,107.06 |
| Cruz, Norma | 117.25 | 0.25 | $ 787.88 | $ 3.47 | | $ 791.35 |
| Cruz, Ruiz, Faustino | 95.50 | 3.25 | $ 850.00 | $ 40.24 | | $ 890.24 |
| Cruz, Sugey | 100.00 | | $ 772.00 | | | $ 772.00 |
| Cruz-Aguilar, Marco A | 96.50 | | $ 1,226.00 | | | $ 1,226.00 |
| Cruz-Bonilla, Antonio | 153.25 | 10.50 | $ 994.00 | $ 126.00 | $ 44.00 | $ 1,164.00 |
| Cruz-Mena, Jesus | 124.25 | | $ 913.75 | | | $ 913.75 |
| Cuauhtemoc-Pinacho, L | 107.50 | 13.50 | $ 969.00 | $ 172.13 | | $ 1,141.13 |
| Davila, Dario | 114.00 | 8.25 | $ 522.75 | $ 105.19 | $ 4.25 | $ 632.19 |
| Davila, Monica | 61.50 | | $ 731.00 | | | $ 731.00 |
| De la Cruz, Juana | 86.00 | | $ 731.00 | | | $ 731.00 |
| Diaz, John F | 23.20 | 0.00 | $ 290.00 | $ - | | $ 290.00 |
| Diaz, Jose C | 110.00 | 1.75 | $ 488.00 | $ 23.63 | | $ 511.63 |
| Diaz, Maria Rafaela | 61.00 | | $ 1,211.25 | | | $ 1,211.25 |
| Diaz, Osveydi | 127.50 | 6.00 | $ 1,165.50 | $ 85.50 | | $ 1,251.00 |
| Diaz, Roxana | 126.00 | | $ 480.56 | | | $ 480.56 |
| Diaz, Serafina | 58.25 | | $ 1,079.50 | | | $ 1,079.50 |
| Diaz-Velazquez, Celly N | 127.00 | 5.50 | $ 461.13 | $ 70.13 | | $ 531.26 |
| Domiguez, Rosa O | 54.25 | | $ 714.88 | | | $ 714.88 |
| Dominguez, Elizabeth | 75.25 | 15.75 | $ 936.00 | $ 224.44 | | $ 1,160.44 |
| Dominguez, Ismael | 104.00 | 15.00 | $ 938.00 | $ 202.50 | | $ 1,140.50 |
| Dominguez, Joel | 67.00 | 13.50 | $ 1,285.63 | $ 283.50 | | $ 1,569.13 |
| Dominguez, Jose | 151.25 | 0.75 | $ 1,086.00 | $ 9.56 | | $ 1,095.56 |
| Dominguez, Rosalba | 135.75 | 4.25 | $ 1,974.00 | $ 51.00 | | $ 2,025.00 |
| Dominguez, Victor | 164.50 | 39.00 | $ 699.19 | $ 702.00 | | $ 1,401.19 |
| Dominguez-Garcia, Rau | 84.75 | | $ 1,138.00 | | | $ 1,138.00 |
| Dorantes, Juana M. | 142.25 | 1.75 | $ 1,134.00 | $ 21.00 | | $ 1,155.00 |
| Duarte, Manuela | 141.75 | 19.75 | $ 1,179.75 | $ 237.00 | | $ 1,416.75 |
| Duran, Maricela | 143.00 | 0.75 | $ 1,327.50 | $ 9.29 | | $ 1,336.79 |
| Echavarria, Celina | 73.75 | 10.50 | $ 1,253.75 | $ 283.50 | | $ 1,537.25 |
| Echeverria, Salvador | 147.50 | 0.50 | $ 1,180.00 | $ 6.00 | | $ 1,186.00 |
| Elizalde, Juan J | 96.75 | 0.00 | $ 967.50 | $ - | | $ 967.50 |
| Escamilla, Gema | 107.75 | 1.00 | $ 592.00 | $ 12.38 | | $ 604.38 |
| Escobedo, Reyna | 74.00 | | $ 1,149.63 | | | $ 1,149.63 |
| Escutia, Carlos | 135.25 | 2.25 | $ 1,149.62 | $ 28.69 | | $ 1,178.31 |
| Escutia, Rusbelda | | | | $ 2,912.81 | | $ 2,912.81 |
| Espitia, Victor | 61.00 | | $ 1,408.00 | | | $ 1,408.00 |
| Estrada, Carlos | 88.00 | 8.50 | $ 1,000.00 | $ 204.00 | | $ 1,204.00 |
| Estrada, Gloria | 125.00 | 0.50 | $ 1,040.00 | $ 6.00 | | $ 1,046.00 |
| Estrada, Julia | 130.00 | 1.00 | $ 514.00 | $ 12.00 | | $ 526.00 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Farias, Rosio | 64.25 | | $ 635.38 | | | $ 635.38 |
| Felipe, Sayas | 88.00 | 16.75 | $ 1,320.00 | $ 376.88 | | $ 1,696.88 |
| Felix, Pascuala | 74.75 | | $ 854.25 | | | $ 854.25 |
| Felix, Romualdo | 100.50 | | $ 1,006.00 | | | $ 1,006.00 |
| Fernandez, Arnulfo C. | 125.75 | 4.75 | $ 1,040.00 | $ 57.00 | | $ 1,097.00 |
| Fernandez, Carlos A | 130.00 | 20.75 | $ 1,124.00 | $ 249.00 | | $ 1,373.00 |
| Fernandez, Carlos R | 140.50 | 3.25 | $ 242.00 | $ 39.00 | | $ 281.00 |
| Fernandez, Edgar A. | 30.25 | | $ 1,104.00 | | | $ 1,104.00 |
| Fernandez, Gerardo | 138.00 | 1.25 | $ 1,104.00 | $ 15.00 | | $ 1,119.00 |
| Fernandez, Ignacio | 69.50 | 0.00 | $ 1,042.50 | $ - | | $ 1,042.50 |
| Fernandez, Nancy | 85.50 | | $ 726.75 | | | $ 726.75 |
| Fernandez, Olegario | 49.50 | 0.00 | $ 594.00 | $ - | | $ 594.00 |
| Fernandez, Rolando | 137.25 | 23.00 | $ 1,647.00 | $ 414.00 | | $ 2,061.00 |
| Fernandez-Lara, Eloisa | 145.50 | 6.50 | $ 670.31 | $ 78.00 | | $ 748.31 |
| Figueroa De Renteria, N | 81.25 | | $ 320.00 | | | $ 320.00 |
| Flores De Cardenas, Na | 40.00 | | $ 330.75 | | | $ 330.75 |
| Flores, Juan Gabriel | 36.75 | 0.75 | $ 412.00 | $ 10.13 | | $ 422.13 |
| Frausto, Enrique | 51.50 | 0.50 | $ 1,081.63 | $ 6.00 | | $ 1,087.63 |
| Gabriel, Almadelia | 127.25 | | $ 739.50 | | | $ 739.50 |
| Galindo, Joel | 87.00 | 19.00 | $ 1,590.00 | $ 242.25 | | $ 1,832.25 |
| Garcia, Alejandro | 79.50 | 10.75 | $ 540.00 | $ 322.50 | | $ 862.50 |
| Garcia, Berenice | 67.50 | | $ 464.06 | | | $ 464.06 |
| Garcia, Carmen M. | 56.25 | | $ 592.00 | | | $ 592.00 |
| Garcia, Francisca | 74.00 | | $ 592.00 | | | $ 592.00 |
| Garcia, Jesus | 94.35 | 0.00 | $ 1,132.20 | $ - | | $ 1,132.20 |
| Garcia, Jorge A | 104.00 | 22.25 | $ 650.25 | $ 283.69 | | $ 933.94 |
| Garcia, Manuel | 76.50 | 3.75 | $ 904.00 | $ 47.81 | | $ 951.81 |
| Garcia, Maria E | 113.00 | 1.00 | $ 1,357.50 | $ 12.00 | | $ 1,369.50 |
| Garcia, Miguel A | 135.75 | 12.00 | $ 1,219.75 | $ 180.00 | | $ 1,399.75 |
| Garcia, Nelso | 143.50 | 3.50 | $ 1,219.75 | $ 42.87 | | $ 1,262.62 |
| Garcia, Ricky E. | 80.50 | 0.00 | $ 644.00 | $ - | | $ 644.00 |
| Garcia, Vicenta | 72.25 | | $ 596.06 | | | $ 596.06 |
| Garcia-Ruiz, Natividad | 72.25 | | $ 596.06 | | | $ 596.06 |

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| Garrido-M, Juan P | | | $ 886.13 | | | $ 886.13 |
| Garza, Gregorio | 104.25 | 0.75 | $ 538.00 | $ 9.56 | | $ 547.56 |
| Geron, Mariana | 67.25 | | $ 484.50 | | | $ 484.50 |
| Gomez, Aureliano | 57.00 | 2.00 | $ 1,214.00 | $ 25.50 | | $ 1,239.50 |
| Gomez, De Salcido, Pa | 151.75 | 4.50 | $ 1,214.00 | $ 54.00 | | $ 1,268.00 |
| Gomez, Victorino | | | $ 514.25 | | | $ 514.25 |
| Gomez-Gamez, Carmer | 60.50 | | $ 1,212.75 | | | $ 1,212.75 |
| Gomez-Juarez, Candido | 134.75 | 10.00 | $ 663.00 | $ 135.00 | | $ 798.00 |
| Gomez-Sanchez, Arely | 78.00 | | $ 1,132.00 | | | $ 1,132.00 |
| Gonzales, Elvira | 141.50 | 17.75 | $ 530.00 | $ 213.00 | | $ 743.00 |
| Gonzales, Erika | 66.25 | | $ 676.00 | | | $ 676.00 |
| Gonzales, Juan Gabriel | 84.50 | | $ 633.75 | | | $ 633.75 |
| Gonzales, Robert M | 67.25 | 0.00 | $ 807.00 | $ - | | $ 807.00 |
| Gonzales-Avila, Manuel | 77.25 | 9.75 | $ 627.00 | $ 124.31 | | $ 751.31 |
| Gonzales, Aurora | 76.00 | | $ 820.00 | | | $ 820.00 |
| Gonzalez, Avila, Eliaz | 102.50 | 25.50 | $ 1,607.13 | $ 306.00 | | $ 1,913.13 |
| Gonzalez, Axel | 139.75 | 17.75 | $ 466.13 | $ 306.19 | | $ 772.32 |
| Gonzalez, Bernardo | 56.50 | | $ 1,225.63 | | | $ 1,225.63 |
| Gonzalez, Isidro | 132.50 | 11.75 | $ 1,585.00 | $ 163.09 | | $ 1,748.09 |
| Gonzalez, Jonathan | 158.50 | 14.75 | $ 1,052.00 | $ 221.25 | | $ 1,273.25 |
| Gonzalez, Josephina | 131.50 | 3.75 | $ 1,268.25 | $ 45.00 | | $ 1,313.25 |
| Gonzalez, Lorena | 133.50 | 1.00 | $ 1,372.50 | $ 14.25 | | $ 1,386.75 |
| Gonzalez, Lorenzo | 152.50 | 18.50 | $ 1,358.13 | $ 249.75 | | $ 1,607.88 |
| Gonzalez, Maria | 132.50 | 3.50 | $ 550.69 | $ 53.83 | | $ 604.52 |
| Gonzalez, Rosa | 66.75 | | $ 1,311.13 | | | $ 1,311.13 |
| Gonzalez, Victorina M | 154.25 | 8.50 | $ 893.25 | $ 108.38 | | $ 1,001.63 |
| Gonzalez-Cabrera, Felip | 99.25 | 1.00 | $ 408.00 | $ 13.50 | | $ 421.50 |
| Gonzalez-Medina, Arma | 48.00 | 6.25 | $ 606.00 | $ 79.69 | | $ 685.69 |
| Gonzalez-Salinas, Anto | 75.75 | | $ 606.00 | | | $ 606.00 |
| Grajales, Angel | | | $ 1,353.63 | | | $ 1,353.63 |
| Grajales-Lopez, Ruben | 159.25 | 9.50 | $ 1,353.62 | $ 121.13 | | $ 1,474.75 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Granados, Jose A | 21.00 | 0.00 | $ 252.00 | $ - | | $ 252.00 |
| Guerrero, Victoria | 62.50 | | $ 1,068.88 | | | $ 1,068.88 |
| Guevara, Martin G | 125.75 | 12.00 | $ 160.00 | $ 153.00 | | $ 313.00 |
| Guevara, Victoriano | 20.00 | | $ 437.25 | | | $ 437.25 |
| Gusman, Socorro | 53.00 | | $ 1,842.88 | | | $ 1,842.88 |
| Gutierrez Bernardo, Ang | 160.25 | 25.50 | $ 996.63 | $ 439.88 | | $ 1,436.51 |
| Gutierrez, Justina D | 117.25 | | $ 1,998.75 | | | $ 1,998.75 |
| Gutierrez, Maria del Ro | 153.75 | 63.00 | $ 616.25 | $ 1,228.50 | | $ 1,844.75 |
| Gutierrez, Marielos | 72.50 | | $ 2,476.13 | | | $ 2,476.13 |
| Gutierrez-Bernardo, Jav | 159.75 | 43.25 | $ 2,476.12 | $ 1,005.56 | | $ 3,481.68 |
| Heras, Guillermina | | | $ 665.13 | | | $ 665.13 |
| Herdez, Eleasar | 78.25 | | $ 1,130.00 | | | $ 1,130.00 |
| Heredia Hernandez, Cir | 141.25 | 4.00 | $ 1,132.63 | $ 48.00 | | $ 1,180.63 |
| Hernandez Corona, Ric | 133.25 | 9.75 | $ 524.88 | $ 124.31 | | $ 649.19 |
| Hernandez, Alejandro M | 55.25 | 2.25 | $ 542.50 | $ 32.06 | | $ 574.56 |
| Hernandez, Amparo | 62.00 | | $ 542.50 | | | $ 542.50 |
| Hernandez, Angel | | | $ 561.00 | | | $ 561.00 |
| Hernandez, Ariana de la | 68.00 | | $ 561.00 | | | $ 561.00 |
| Hernandez, Felix | 60.75 | 0.00 | $ 729.00 | $ - | | $ 729.00 |
| Hernandez, Hugo de Je | 60.00 | 3.25 | $ 886.00 | $ 41.44 | | $ 927.44 |
| Hernandez, Ivonne | 110.75 | 0.25 | $ 457.88 | $ 3.00 | | $ 460.88 |
| Hernandez, Jacob | 55.50 | | $ 942.00 | | | $ 942.00 |
| Hernandez, Jaime | 117.75 | | $ 425.25 | | | $ 425.25 |
| Hernandez, Maria | 47.25 | | $ 425.25 | | | $ 425.25 |
| Hernandez, Maria del Socorro | | | $ 1,175.13 | | | $ 1,175.13 |
| Hernandez, Minerva S. | 138.25 | 1.75 | $ 546.56 | $ 22.31 | | $ 568.87 |
| Hernandez, Sonia | 66.25 | | $ 520.63 | | | $ 520.63 |
| Hernandez, Teresa | 61.25 | | $ 1,078.25 | | | $ 1,078.25 |
| Hernandez, Tomas | 113.50 | 22.75 | $ 1,040.00 | $ 324.19 | | $ 1,364.19 |
| Hernandez-Cruz, Martir | 130.00 | 4.25 | $ 639.63 | $ 51.00 | | $ 690.63 |
| Hernandez-Garcia, Just | 75.25 | 2.75 | $ 316.63 | $ 35.06 | | $ 351.69 |
| Herrera, Maria S. | 37.25 | | $ 946.69 | | | $ 946.69 |
| Herrera, Marta | 114.75 | | $ 529.13 | | | $ 529.13 |
| Herrera, Ramiro B | 62.25 | 1.25 | $ 660.14 | $ 15.94 | | $ 676.08 |
| Huesca, Flora | 80.02 | | $ 104.00 | | | $ 104.00 |
| Huizar, Norma A | 76.00 | 6.25 | $ 760.00 | $ 93.75 | | $ 853.75 |
| Isidro-Luna, Lizbeth | UNKNOWN | | | | | Unknown |
| Izquierdo, Juan | | | $ 862.80 | | | $ 862.80 |
| Jarquin, Evelia | 107.85 | 11.50 | $ 654.50 | $ 138.00 | | $ 792.50 |
| Jarquin- Ramirez, Valer | 77.00 | 9.25 | $ 784.13 | $ 117.94 | | $ 902.07 |
| Jimenez, Dennis | 92.25 | 16.00 | $ 738.00 | $ 192.00 | | $ 930.00 |
| Jimenez, Dolores | | | $ 770.00 | | | $ 770.00 |
| Jimenez, Esther | 88.00 | 1.00 | $ 484.69 | $ 13.13 | | $ 497.82 |
| Jimenez, Eufrasia | 58.75 | | $ 973.25 | | | $ 973.25 |
| Jimenez, Juana | 114.50 | 0.25 | $ 529.13 | $ 3.19 | | $ 532.32 |
| Jimenez, Laura | 62.25 | | $ 529.12 | | | $ 529.12 |
| Jimenez, Santiago B | UNKNOWN | | | | | $ - |
| Jimenez-Soto, Fernand | 81.75 | 2.00 | $ 1,103.63 | $ 41.00 | | $ 1,144.63 |
| Jimenez-Virgen, Otilio M | | | $ 403.75 | | | $ 403.75 |
| Juarez, Adriana | 42.50 | | $ 1,204.88 | | | $ 1,204.88 |
| Juarez, Brenda | 141.75 | 5.50 | $ 1,134.00 | $ 66.00 | | $ 1,200.00 |
| Juarez, Jose | | | | $ 3,276.90 | | $ 3,276.90 |
| Juarez, Leticia | 94.75 | 20.50 | $ 1,268.25 | $ 369.00 | $ 18.00 | $ 1,655.25 |

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| Juarez, Marcelino | 133.50 | 3.75 | $ 1,201.50 | $ 50.62 | | $ 1,252.12 |
| Juarez, Modesta | | | $ 820.88 | | | $ 820.88 |
| Juarez, Teofila N | 99.50 | 8.75 | $ 1,972.75 | $ 108.33 | | $ 2,081.08 |
| Jurado, Gloria | 151.75 | 28.50 | $ 1,972.75 | $ 555.75 | | $ 2,528.50 |
| Jurado, Raul | 86.75 | 0.00 | $ 1,127.75 | $ - | | $ 1,127.75 |
| Landa, Jhovanny | 90.75 | 1.00 | $ 1,151.75 | $ 12.75 | | $ 1,164.50 |
| Lara, Alberto | 135.50 | 31.50 | $ 979.69 | $ 401.63 | $ 4.25 | $ 1,385.57 |
| Lara, Cirilo | UNKNOWN | 0.00 | $ - | $ - | $ - | Unknown |
| Leal, Agustina | 118.75 | | $ 992.25 | | | $ 992.25 |
| Leal, Gilberto | 110.25 | 14.75 | $ 992.25 | $ 199.13 | | $ 1,191.38 |
| Leal, Hector | | | $ 8,647.40 | | | $ 8,647.40 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Leal, Juan Manuel | 87.25 | 2.50 | $ 1,066.00 | $ 30.00 | | $ 1,096.00 |
| Leal, Luz E | 133.25 | 1.25 | $ 1,066.00 | $ 15.00 | | $ 1,081.00 |
| Lemus, Hugo R | 105.00 | 10.00 | $ 1,260.00 | $ 180.00 | | $ 1,440.00 |
| Lemus, Jose L | 63.50 | 12.25 | $ 242.25 | $ 147.00 | | $ 389.25 |
| Leon, Jose de Jesus | 28.50 | | $ 420.75 | | | $ 420.75 |
| Leon, Mayra | 51.00 | | $ 1,160.25 | | | $ 1,160.25 |
| Leon, Pablo | 136.50 | 1.00 | $ 520.63 | $ 12.75 | | $ 533.38 |
| Leon-Orozco, Carmen | 61.25 | | $ 520.62 | | | $ 520.62 |
| Lepe-Vallejo, Francisco | | | $ 881.88 | | | $ 881.88 |
| Lexzama-Gonzales, Ric | 103.75 | 3.50 | $ 1,134.00 | $ 44.63 | | $ 1,178.63 |
| Llamas, Crystal | 141.75 | 9.75 | $ 439.88 | $ 117.00 | | $ 556.88 |
| Lobato, Antonio | 51.75 | 9.75 | $ 446.00 | $ 124.31 | | $ 570.31 |
| Lohrey, Ann | | | | $ 7,373.07 | | $ 7,373.07 |
| Longmore, Sharon | | | | $ 4,906.26 | | $ 4,906.26 |
| Lopez, Adulfa | 55.75 | | $ 474.00 | | | $ 474.00 |
| Lopez, Clara Luz | 59.25 | | $ 580.13 | | | $ 580.13 |
| Lopez, Cornelio | 68.25 | | $ 580.12 | | | $ 580.12 |
| Lopez, Hector A | 99.75 | 1.75 | $ 1,197.00 | $ 31.50 | | $ 1,228.50 |
| Lopez, Henry | | | | $ 5,006.40 | | $ 5,006.40 |
| Lopez, Jonathan A. | | | $ 1,096.50 | | | $ 1,096.50 |
| Lopez, Jose F | 129.00 | 5.00 | $ 2,023.94 | $ 63.75 | | $ 2,087.69 |
| Lopez, Petra | 152.75 | 25.25 | $ 877.50 | $ 501.97 | | $ 1,379.47 |
| Lopez, Porfiria | 97.50 | 0.50 | $ 804.37 | $ 6.18 | | $ 810.55 |
| Lopez, Ricardo | 93.50 | 22.00 | $ 1,122.00 | $ 396.00 | | $ 1,518.00 |
| Lopez, Rosa Onelia | 52.25 | | $ 1,020.00 | | | $ 1,020.00 |
| Lopez, Sotero | 120.00 | 5.50 | $ 960.00 | $ 66.00 | | $ 1,026.00 |
| Lopez-Cortez, Braulio | | | $ 626.00 | | | $ 626.00 |
| Lopez-Martinez, Josefir | 78.25 | | $ 822.50 | | | $ 822.50 |
| Lopez-Medina, Ricardo | 82.25 | 23.25 | $ 832.50 | $ 348.75 | | $ 1,181.25 |
| Lopez-Noriega, Armand | 92.50 | 1.50 | $ 1,411.00 | $ 20.25 | | $ 1,431.25 |
| Lopez-Ramirez, Felipe | 166.00 | 2.00 | $ 660.88 | $ 25.50 | | $ 686.38 |
| Lopez-Ramirez, Ignacio | 77.75 | | $ 235.13 | | | $ 235.13 |
| Loranca Cabrera, Petra | 28.50 | | $ 1,745.13 | | | $ 1,745.13 |
| Lorenzana, Aroldo | 151.75 | 16.50 | $ 1,745.12 | $ 284.63 | | $ 2,029.75 |
| Lorenzo- Almaraz, Elias | UNKNOWN | | | | | Unknown |
| Lujan, Eric Harvey | 56.25 | 5.50 | $ 562.50 | $ 82.50 | | $ 645.00 |
| Luna, Francisca | 121.00 | | $ 1,294.00 | | | $ 1,294.00 |
| Luna, Jaime | 161.75 | 23.25 | $ 554.81 | $ 279.00 | | $ 833.81 |
| Macias, Manuel | 67.25 | | $ 541.88 | | | $ 541.88 |
| Madrid, Luis R | 63.75 | | $ 816.00 | | | $ 816.00 |
| Madrigal, Sandra Isabel | 68.00 | 13.50 | $ 1,340.88 | $ 243.00 | | $ 1,583.88 |
| Magana, Salvador | 157.75 | 19.00 | $ 1,340.87 | $ 242.25 | | $ 1,583.12 |
| Manalo, Rodolfo | | | $ 1,147.50 | | | $ 1,147.50 |
| Manjares, Ramos, Oma | 127.50 | 10.75 | $ 1,110.00 | $ 145.13 | | $ 1,255.13 |
| Marin, Matilde | 138.75 | 5.75 | $ 561.94 | $ 69.00 | | $ 630.94 |
| Marquez, Carmen | 60.75 | | $ 1,020.00 | | | $ 1,020.00 |
| Marquez, Mindy G. | 68.00 | 10.75 | $ 1,020.00 | $ 241.88 | | $ 1,261.88 |
| Marquez, Pedro | 84.00 | 11.00 | $ 1,260.00 | $ 247.50 | | $ 1,507.50 |
| Martearenas, Juana | 117.50 | 5.75 | $ 1,086.87 | $ 78.31 | | $ 1,165.18 |
| Martinez, Carlos G. | 78.75 | 3.00 | $ 1,181.25 | $ 67.50 | | $ 1,248.75 |
| Martinez, Carmen | 130.75 | 3.25 | $ 827.06 | $ 39.00 | | $ 866.06 |
| Martinez, Idalia | 100.25 | 5.25 | $ 992.06 | $ 65.00 | | $ 1,057.06 |
| Martinez, Josefina | 107.25 | | $ 321.75 | | | $ 321.75 |
| Martinez, Lilia | 39.00 | | $ 954.13 | | | $ 954.13 |
| Martinez, Matilde | 112.25 | 0.75 | $ 1,002.00 | $ 9.56 | | $ 1,011.56 |
| Martinez, Maximino | 125.25 | | $ 592.00 | | | $ 592.00 |
| Martinez, Merced | 74.00 | | $ 592.00 | | | $ 592.00 |
| Martinez, Nancy B. | | | $ 623.25 | | | $ 623.25 |
| Martinez, Oscar M. | 69.25 | | $ 1,088.00 | | | $ 1,088.00 |
| Martinez, Roberto Rufin | 128.00 | 1.00 | $ 1,066.00 | $ 12.75 | | $ 1,078.75 |
| Martinez, Zenaida | 133.25 | 2.75 | $ 746.00 | $ 33.00 | | $ 779.00 |
| Martinez-Chaga, Dalia | 93.25 | 7.00 | $ 746.00 | $ 84.00 | | $ 830.00 |
| Martinez-Fernandez, Olegario | | | $ 779.88 | | | $ 779.88 |
| Mata, John C. | 91.75 | 0.50 | $ 1,188.00 | $ 6.38 | | $ 1,194.38 |
| Mateo, Leonor H. | 148.50 | 2.50 | $ 1,144.00 | $ 30.00 | | $ 1,174.00 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Maza, Martina | 143.00 | 1.25 | $ 580.13 | $ 15.00 | | $ 595.13 |
| Maza-Sanchez, Saul | 68.25 | 0.75 | $ 832.00 | $ 9.56 | | $ 841.56 |
| Medina, Elsa I | 104.00 | 0.50 | $ 540.38 | $ 6.00 | | $ 546.38 |
| Medina, Glenda | 65.50 | | $ 540.37 | | | $ 540.37 |
| Medios, Rodolfo P | | | $ 714.88 | | | $ 714.88 |
| Medrano-Gonzalez, Vic | 75.25 | 4.25 | $ 1,360.00 | $ 60.56 | | $ 1,420.56 |

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| Mena, Jorge | 85.25 | 0.00 | $ 1,193.50 | $ - | | $ 1,193.50 |
| Mendez, Juan M | 160.00 | 20.00 | $ 1,360.00 | $ 245.00 | | $ 1,605.00 |
| Mendoza, Esperanza | | | $ 1,230.38 | | | $ 1,230.38 |
| Mendoza, Pedro | 144.75 | 2.75 | $ 582.25 | $ 35.06 | | $ 617.31 |
| Mercado, Arcelia | 68.50 | | $ 633.25 | | | $ 633.25 |
| Mercado-Hernandez, M | 74.50 | | $ 1,383.75 | | | $ 1,383.75 |
| Meza, Karla Y | 153.75 | 11.25 | $ 1,036.00 | $ 151.88 | | $ 1,187.88 |
| Michel, Teodosia | 129.50 | 3.25 | $ 768.00 | $ 39.00 | | $ 807.00 |
| Miranda-Hernandez, Ali | 96.00 | 0.25 | $ 956.00 | $ 3.00 | | $ 959.00 |
| Moctezuma, Oscar | 119.50 | 11.50 | $ 1,460.63 | $ 138.00 | | $ 1,598.63 |
| Montalvo, Maria C | 153.75 | 14.25 | $ 680.00 | $ 203.06 | | $ 883.06 |
| Montero, Efren | 80.00 | 19.75 | $ 680.00 | $ 241.93 | | $ 921.93 |
| Montero, Jose | 109.20 | 7.50 | $ 873.60 | $ 90.00 | | $ 963.60 |
| Montero, Maria Del Roc | 61.00 | | $ 538.69 | | | $ 538.69 |
| Montero, Maria E | 55.25 | | $ 609.88 | | | $ 609.88 |
| Montero, Miurian | 71.75 | | $ 1,317.50 | | | $ 1,317.50 |
| Montero, Paulino | 155.00 | 1.25 | $ 1,034.88 | $ 15.94 | | $ 1,050.82 |
| Montero, Sara | 121.75 | | $ 1,442.88 | | | $ 1,442.88 |
| Montes, Jose M | 169.75 | 2.75 | $ 388.50 | $ 35.06 | | $ 423.56 |
| Montes, Margarita | 42.00 | | $ 1,119.88 | | | $ 1,119.88 |
| Montiel, Antonio | 131.75 | 0.75 | $ 1,088.00 | $ 9.56 | | $ 1,097.56 |
| Morales, Elizabeth | 128.00 | | $ 431.06 | | | $ 431.06 |
| Morales, Maria Dolores | 52.25 | | $ 660.00 | | | $ 660.00 |
| Morales, Maria E | 82.50 | | $ 720.00 | | | $ 720.00 |
| Morales, Victor | 90.00 | 13.50 | $ 720.00 | $ 162.00 | | $ 882.00 |
| Morales-Toral, Javier | | | $ 444.00 | | | $ 444.00 |
| Morgado, Karla | 55.50 | | $ 1,075.50 | | | $ 1,075.50 |
| Mosley, Jimmy | | | | $ 7,737.16 | | $ 7,737.16 |
| Mundo, Porfirio | 119.50 | 19.75 | $ 626.88 | $ 266.63 | | $ 893.51 |
| Muniz, Elizabeth | 73.75 | | $ 1,152.00 | | | $ 1,152.00 |
| Murga de la Paz, Magda | 128.00 | | $ 658.00 | | | $ 658.00 |
| Najar, Fidel | 82.25 | | $ 1,428.75 | | | $ 1,428.75 |
| Naranjo, Alicia | 158.75 | 3.75 | $ 1,009.38 | $ 50.63 | | $ 1,060.01 |
| Naranjo, Jorge A. | 118.75 | 0.25 | $ 1,383.75 | $ 3.19 | | $ 1,386.94 |
| Naranjo, Minerva | 153.75 | 4.50 | $ 1,024.00 | $ 60.75 | | $ 1,084.75 |
| Nino-Cruz, Delia | 128.00 | 0.25 | $ 1,230.00 | $ 3.00 | | $ 1,233.00 |
| Nunez, Hilda | 153.75 | 41.75 | $ 558.88 | $ 501.00 | | $ 1,059.88 |
| Ocampo, Elisa | 65.75 | | $ 777.75 | | | $ 777.75 |
| Ocampo, Susana | 91.50 | | $ 911.63 | | | $ 911.63 |
| Ochoa, Adolfina | 107.25 | 2.25 | $ 1,355.75 | $ 28.69 | | $ 1,384.44 |
| Ochoa, Jonathan | 159.50 | 3.25 | $ 910.00 | $ 41.44 | | $ 951.44 |
| Ojeda, Efijencia | 113.75 | | $ 910.00 | | | $ 910.00 |
| Oliva, Jose A. | | | $ 879.75 | | | $ 879.75 |
| Oliva, Lariza | 97.75 | 5.25 | $ 1,170.88 | $ 70.88 | | $ 1,241.76 |
| Olmos, Gonzalo Gustav | 137.75 | 6.00 | $ 357.75 | $ 76.50 | | $ 434.25 |
| Ortega, Isabel | 39.75 | | $ 833.25 | | | $ 833.25 |
| Ortiz, Araceli | 101.00 | 3.75 | $ 667.25 | $ 46.43 | | $ 713.68 |
| Ortiz, Jorge | 78.50 | 4.00 | $ 854.25 | $ 51.00 | | $ 905.25 |
| Ortiz, Marcos | 100.50 | | $ 556.75 | | | $ 556.75 |
| Ortiz-Rodriguez, Raul | 65.50 | 2.50 | $ 1,156.00 | $ 31.88 | | $ 1,187.88 |
| Perfecto, Garay | 81.50 | 7.25 | $ 1,141.00 | $ 152.25 | | $ 1,293.25 |
| Perez, Cesar | 136.00 | 3.00 | $ 1,156.00 | $ 38.25 | | $ 1,194.25 |
| Perez, Enrique Ubaldo | | | $ 1,410.75 | | | $ 1,410.75 |
| Perez, Estela | 156.75 | 11.00 | $ 1,491.50 | $ 148.50 | | $ 1,640.00 |
| Perez, Javier | 157.00 | 21.50 | $ 733.50 | $ 306.38 | | $ 1,039.88 |
| Perez, Joseph E | 81.50 | 16.25 | $ 1,194.00 | $ 219.38 | | $ 1,413.38 |
| Perez, Juan | | | | $ 3,185.88 | | $ 3,185.88 |
| Perez, Oscar | 149.25 | 3.00 | $ 845.75 | $ 36.00 | | $ 881.75 |
| Perez, Rosario | 99.50 | | $ 824.50 | | | $ 824.50 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Perez, Ruben | 97.00 | 3.50 | $ 1,308.00 | $ 44.63 | | $ 1,352.63 |
| Perez-Lara, Jose Manu | 163.50 | 2.25 | $ 1,210.00 | $ 27.00 | | $ 1,237.00 |
| Perez-Lopez, Victoria | 151.25 | 15.00 | $ 850.00 | $ 180.00 | | $ 1,030.00 |
| Perez-Rodriguez, Enriq | 100.00 | 1.25 | $ 1,278.00 | $ 15.94 | | $ 1,293.94 |
| Ponce, Ana Lilia H. | 159.75 | 22.75 | $ 1,014.75 | $ 273.00 | | $ 1,287.75 |
| Ponce, Hermelinda | 112.75 | 2.50 | $ 1,372.50 | $ 33.75 | | $ 1,406.25 |
| Prado, Veronica | 91.50 | 19.25 | $ 835.31 | $ 433.13 | $ 45.00 | $ 1,313.44 |
| Prieto, Georgina | 101.25 | 1.00 | $ 1,241.00 | $ 12.38 | | $ 1,253.38 |
| Puente, Antonio | | | | $ 6,508.33 | | $ 6,508.33 |
| Quevedo, Manuel De Je | 146.00 | 14.00 | $ 1,264.38 | $ 178.50 | | $ 1,442.88 |
| Quiroz, Javier | 148.75 | 6.00 | $ 1,190.00 | $ 72.00 | | $ 1,262.00 |
| Raby, Jason | | | $ 472.31 | | | $ 472.31 |
| Ramirez, Arcelia G | 57.25 | | $ 1,185.75 | | | $ 1,185.75 |
| Ramirez, Elpidia | 139.50 | | $ 588.00 | | | $ 588.00 |
| Ramirez, Imelda | | | | $ 2,912.81 | | $ 2,912.81 |
| Ramirez, Jesus | 73.50 | | $ 923.13 | | | $ 923.13 |
| Ramirez, Jesus M. | 105.50 | | $ 538.00 | | | $ 538.00 |
| Ramirez, Maria | 67.25 | | $ 635.25 | | | $ 635.25 |
| Ramirez, Maria Guadal | 77.00 | | $ 635.25 | | | $ 635.25 |
| Ramirez, Raul | 15.25 | 0.00 | $ 152.50 | $ - | | $ 152.50 |
| Raygoza, Baudelio Jr | | | $ 556.88 | | | $ 556.88 |
| Resendiz, Yolanda | 67.50 | | $ 556.87 | | | $ 556.87 |
| Reyes, Jesus | | | $ 596.13 | | | $ 596.13 |
| Reyes, Maria del Carme | 62.75 | | $ 424.00 | | | $ 424.00 |
| Reyes, Milda | 53.00 | 3.75 | $ 1,245.25 | $ 45.00 | | $ 1,290.25 |

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| Reyes, Virgilio | 146.50 | 33.75 | $ 892.50 | $ 430.31 | | $ 1,322.81 |
| Reynoso, Jose | 105.00 | 17.00 | $ 513.56 | $ 216.75 | | $ 730.31 |
| Rico, Felipe | 62.25 | | $ 1,234.63 | | | $ 1,234.63 |
| Rincon, Erika | 145.25 | 3.00 | $ 1,234.62 | $ 38.25 | | $ 1,272.87 |
| Rios, Maria de los Angeles | | | $ 1,247.38 | | | $ 1,247.38 |
| Rios-Bernanrdo, Maria | 146.75 | | $ 60.00 | | | $ 60.00 |
| Rivera, Alejandra | 7.50 | | $ 595.00 | | | $ 595.00 |
| Rivera, Luis | 70.00 | 12.75 | $ 759.00 | $ 162.56 | | $ 921.56 |
| Rivera, Maria De Jesus | 92.00 | | $ 711.88 | | | $ 711.88 |
| Robles, Rodolfo | 83.75 | 2.25 | $ 1,145.00 | $ 28.69 | | $ 1,173.69 |
| Rocha, Ana | 114.50 | 9.25 | $ 1,285.63 | $ 138.75 | | $ 1,424.38 |
| Rocha, Eduardo | 151.25 | 1.75 | $ 1,219.50 | $ 22.31 | | $ 1,241.81 |
| Rocha, Rosa | 135.50 | 11.75 | $ 1,084.00 | $ 141.00 | | $ 1,225.00 |
| Rodriguez, Antonio | | | $ 1,183.88 | | | $ 1,183.88 |
| Rodriguez, Audias | 143.50 | 15.75 | $ 1,183.87 | $ 194.82 | | $ 1,378.69 |
| Rodriguez, Awilda M. | | | $ 571.63 | | | $ 571.63 |
| Rodriguez, Edgar | 143.00 | 27.00 | $ 1,287.00 | $ 364.50 | | $ 1,651.50 |
| Rodriguez, Jesus | 67.25 | | $ 571.62 | | | $ 571.62 |
| Rodriguez, Juana | | | $ 1,213.38 | | | $ 1,213.38 |
| Rodriguez, Luis | 142.75 | 1.25 | $ 430.00 | $ 15.94 | | $ 445.94 |
| Rodriguez, Maria | 53.75 | | $ 987.50 | | | $ 987.50 |
| Rodriguez, Maria E | 98.75 | 9.50 | $ 1,106.00 | $ 142.50 | | $ 1,248.50 |
| Rodriguez, Maribel | 138.25 | 3.50 | $ 1,106.00 | $ 42.00 | | $ 1,148.00 |
| Rodriguez-Peña, Ramon | | | $ 942.00 | | | $ 942.00 |
| Roja-Ibanez, Sallatiel | 117.75 | | $ 942.00 | | | $ 942.00 |
| Rojas, Guadalupe | | | $ 556.88 | | | $ 556.88 |
| Rojas, Maria R. | 67.50 | | $ 799.00 | | | $ 799.00 |
| Romero, Eleuterio | 94.00 | 11.50 | $ 614.25 | $ 146.63 | | $ 760.88 |
| Romero, Martha I | 68.25 | | $ 622.88 | | | $ 622.88 |
| Romero-Cruz, Santos | 75.50 | | $ 830.88 | | | $ 830.88 |
| Rosano-Sanchez, Silvia | 97.75 | | $ 1,327.50 | | | $ 1,327.50 |
| Rosas, Andrea | 132.75 | | $ 1,632.50 | | | $ 1,632.50 |
| Rosas, Martin | 163.25 | 25.75 | $ 1,121.00 | $ 386.25 | | $ 1,507.25 |
| Rubalcaba, J. Santos | 118.00 | | $ 476.00 | | | $ 476.00 |
| Rubio, Graciela | 56.00 | | $ 1,115.63 | | | $ 1,115.63 |
| Rufino-Ramirez, Deisy | 131.25 | 0.25 | $ 939.25 | $ 3.19 | | $ 942.44 |
| Ruiz, Victor A | 110.50 | 14.00 | $ 884.00 | $ 168.00 | | $ 1,052.00 |
| Salazar-Gonzalez, Aure | 94.00 | 0.00 | $ 1,410.00 | $ - | | $ 1,410.00 |
| Salgado, Zenaida | 158.75 | 11.50 | $ 1,270.00 | $ 138.00 | | $ 1,408.00 |
| Salinas, Alejandra | | | $ 1,210.00 | | | $ 1,210.00 |
| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
| Salinas, Maria Guadalu | 151.25 | 5.00 | $ 2,212.00 | $ 60.00 | | $ 2,272.00 |
| Salinas-Ornelas, Jose | 158.00 | 33.00 | $ 424.00 | $ 693.00 | | $ 1,117.00 |
| Sanchez, Celia | 53.00 | | $ 424.00 | | | $ 424.00 |
| Sanchez, Elgina G | | | $ 384.63 | | | $ 384.63 |
| Sanchez, Fabiola | 45.25 | | $ 595.00 | | | $ 595.00 |
| Sanchez, Florencio | 70.00 | 10.50 | $ 748.00 | $ 133.88 | | $ 881.88 |
| Sanchez, Hilda | 93.50 | 2.00 | $ 1,154.00 | $ 24.00 | | $ 1,178.00 |
| Sanchez, Jose A | 144.25 | 12.50 | $ 634.00 | $ 150.00 | | $ 784.00 |
| Sanchez, Marcela | 79.25 | 2.50 | $ 634.00 | $ 30.00 | | $ 664.00 |
| Sanchez, Natividad | 129.75 | 21.25 | $ 1,557.00 | $ 382.50 | | $ 1,939.50 |
| Sanchez-Silva, Piedad | 66.00 | | $ 894.00 | | | $ 894.00 |
| Sanchez-Torres, Maria | 111.75 | 3.00 | $ 894.00 | $ 36.00 | | $ 930.00 |
| Sandoval, Mary T | | | $ 1,421.63 | | | $ 1,421.63 |
| Santamaria, Efren | 167.25 | 4.50 | $ 1,285.63 | $ 57.38 | | $ 1,343.01 |
| Santiago, Hildeberto | 151.25 | 1.00 | $ 699.19 | $ 12.75 | | $ 711.94 |
| Santiago, Manuela E | 84.75 | | $ 761.06 | | | $ 761.06 |
| Santillan, Felicitas | 92.25 | | $ 761.06 | | | $ 761.06 |
| Sarabia, Adriana | UNKNOWN | | | | Unknown | |
| Sayas, Felipe De Jesus | | | $ 135.00 | | | $ 135.00 |
| Servin, Juan | 43.50 | 0.00 | $ 522.00 | $ - | | $ 522.00 |
| Shepard, Gary D. | 24.50 | 0.00 | $ 367.50 | $ - | | $ 367.50 |
| Solano-Garcia, Graciela | 61.25 | | $ 1,058.25 | | | $ 1,058.25 |
| Solis, Aracely | 124.50 | 4.50 | $ 180.63 | $ 57.38 | | $ 238.01 |
| Solis-Moreno, Juan | 21.25 | 0.75 | $ 1,062.00 | $ 9.56 | | $ 1,071.56 |
| Sontay, Santos D | 132.75 | | $ 457.88 | | | $ 457.88 |
| Suarez, Magdalena | 55.50 | | $ 1,204.00 | | | $ 1,204.00 |
| Suarez, Orlando | 150.50 | 6.25 | $ 538.00 | $ 75.00 | | $ 613.00 |
| Teran, Alejandra | 67.25 | | $ 538.00 | | | $ 538.00 |
| Tijerina, Liza E | 71.00 | 0.00 | $ 923.00 | $ - | | $ 923.00 |
| Torres, Ernestina | 62.75 | 6.50 | $ 740.00 | $ 82.88 | | $ 822.88 |
| Torres, Maria de Lourde | 92.50 | 11.00 | $ 302.00 | $ 132.00 | | $ 434.00 |
| Torres, Tomasa | 37.75 | | $ 556.00 | | | $ 556.00 |
| Torres, Ruben | 0.00 | 0.00 | $ - | $ 5,076.90 | | $ 5,076.90 |
| Trigueros, Juan C | 69.50 | 11.50 | $ 560.00 | $ 138.00 | | $ 698.00 |
| Trujillo, Maribel | 70.00 | 0.50 | $ 1,109.25 | $ 6.00 | | $ 1,115.25 |
| Ulloa, Martin | 123.25 | 17.00 | $ 1,066.50 | $ 229.50 | | $ 1,296.00 |
| Urrutia, Juan A | 118.50 | 0.25 | $ 1,183.50 | $ 3.38 | | $ 1,186.88 |
| Utera, Fernando | 131.50 | 0.25 | $ 769.25 | $ 3.38 | | $ 772.63 |
| Valencia, Jesus J. | 90.50 | 1.00 | $ 769.25 | $ 12.75 | | $ 782.00 |
| Valladarez, Carlos A. | UNKNOWN | | | | Unknown | |
| Varela, Jaime | 83.00 | 12.25 | $ 1,328.00 | $ 294.00 | | $ 1,622.00 |
| Vargas, Manuel | 70.25 | 1.00 | $ 697.13 | $ 12.00 | | $ 709.13 |
| Vargas, Maria | 84.50 | | $ 1,107.13 | | | $ 1,107.13 |
| Vargas, Octavio | 130.25 | | $ 1,685.75 | | | $ 1,685.75 |

| Full Name | Regular Hrs | Overtime Hrs | Regular | Overtime | DoubleTime | Total |
|---|---|---|---|---|---|---|
| Vasquez, Oliverio | 153.25 | 1.50 | $ 1,685.75 | $ 24.75 | | $ 1,710.50 |
| Vasquez, Raymond | | | $ 384.00 | | | $ 384.00 |
| Vasquez, Raymond Jr | 183.25 | 13.00 | $ 1,832.50 | $ 195.00 | | $ 2,027.50 |
| Vazquez, Jose H | 130.50 | 15.75 | $ 668.00 | $ 200.81 | | $ 868.81 |
| Vazquez, Virginia | 83.50 | 7.50 | $ 682.13 | $ 90.00 | | $ 772.13 |
| Vazquez-Lagunes, Marc | 80.25 | | $ 750.13 | | | $ 750.13 |
| Vega, Rosa | 88.25 | | $ 706.00 | | | $ 706.00 |
| Velador, Daniel | 70.00 | 0.00 | $ 910.00 | $ - | | $ 910.00 |
| Velasco, Rosario J. | | | $ 1,515.25 | | | $ 1,515.25 |
| Velasques-Hernandez, | 137.75 | 14.75 | $ 61.63 | $ 243.38 | | $ 305.01 |
| Velasquez, Carlos J. | 76.50 | 0.00 | $ 765.00 | $ - | | $ 765.00 |
| Velazquez, Mariana | 155.00 | 15.25 | $ 1,279.25 | $ 217.31 | | $ 1,496.56 |
| Velazquez, Yesenia | 150.50 | 1.00 | $ 529.13 | $ 12.75 | | $ 541.88 |
| Velazquez-Lopez, Dami | 62.25 | 2.25 | $ 448.00 | $ 28.69 | | $ 476.69 |
| Velazquez-Ponce, Felip | 56.00 | 0.50 | $ 1,070.00 | $ 6.00 | | $ 1,076.00 |
| Venegas, Claudia | 133.75 | 6.25 | $ 800.00 | $ 75.00 | | $ 875.00 |
| Vera-Medina, Mauricio | 100.00 | 1.75 | $ 800.00 | $ 21.00 | | $ 821.00 |
| Villa, Rosa E | UNKNOWN | | | | | Unknown |
| Villalobos, Citlaly | | | $ 1,917.00 | | | $ 1,917.00 |
| Villasana, Teresa | 159.75 | 14.25 | $ 738.00 | $ 256.50 | | $ 994.50 |
| Viveros, Leidy D | 82.00 | 5.50 | $ 538.00 | $ 74.25 | | $ 612.25 |
| *Full Name* | *Regular Hrs* | *Overtime Hrs* | *Regular* | *Overtime* | *DoubleTime* | *Total* |
| Walker, Charlage | | | | $ 3,641.02 | | $ 3,641.02 |
| Wesir, Alfred | 15.00 | 0.00 | $ 210.00 | $ - | | $ 210.00 |
| Zaragoza, Maria | 67.25 | | $ 886.00 | | | $ 886.00 |
| Zavala, Carolina | | | | $ 3,943.56 | | $ 3,943.56 |
| Zavaleta, Adela | 110.75 | 0.50 | $ 1,046.00 | $ 6.00 | | $ 1,052.00 |
| Zavaleta, Clara | 130.75 | 1.75 | $ 1,046.00 | $ 21.00 | | $ 1,067.00 |
| Zazueta, Avila, Jaime | UNKNOWN | | | | | $ - |

David Lohrey  Unknown
Ray Taylor  Unknown

Note: This covers hours worked from October 17 through November 21, 2008.  No checks were issued for this period with the possible exception
of up to eight checks written on November 11, 2008
There were a substantial number of checks written and distributed for work performed before October 17, 2008, many of which were NSF.