PATRICIA H. LYON (State Bar Number 126761)
FRENCH & LYON
Attorneys At Law
a Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA 94111
Telephone: 415-597-7849
Facsimile: 415-243-8200
phlyon@aol.com

Attorneys for Richard J. Schwalbe,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SANTA ROSA DIVISION)

| | |
|---|---|
| In re: | ) Chapter 7<br>) Case No.: 08-12206-AJ<br>) |
| | ) |
| LOHREY ENTERPRISES, INC. | ) To Be Consolidated with<br>) |
| | ) |
| Debtor. | ) Chapter 11<br>) Case No.: 09-10007 |
| In re: | ) |
| LOHREY INVESTMENTS, LLC | ) **CHAPTER 7 TRUSTEE RICHARD**<br>) **SCHWALBE'S MOTION FOR**<br>) **SUBSTANTIVE CONSOLIDATION**<br>) |
| | ) **Hearing:** |
| Debtor. | ) Date: March 13, 2009<br>) Time: 10:00 a.m.<br>) Place: Hon. Alan Jaroslovsky<br>) 99 South "E"<br>Santa Rosa, CA |

Richard J. Schwalbe (hereinafter "Trustee") Trustee of the estate of LOHREY
ENTERPRISES, INC., the above-captioned debtor-in-possession, by and through his duly
authorized counsel, hereby moves this court for an order, pursuant to Bankruptcy Code § 105(a),
directing the substantive consolidation of the bankruptcy estates of the LOHREY
ENTERPRISES, INC. and LOHREY INVESTMENTS, LLC (collectively, "Debtors").

The Trustee submits that substantive consolidation should be ordered in this case, because
(a) the Debtors have never operated as separate or distinct legal entities; (b) the books and records

-1-

Case: 08-12206   Doc# 149   Filed: 02/13/09   Entered: 02/13/09 15:57:47   Page 1 of 2

of Debtors are hopelessly tangled; (c) corporate formalities and corporate separateness were not observed by either of the Debtors prepetition; (d) creditors did not rely on the separateness of Debtors in extending credit to either Debtor; and (e) the best interests of all creditors will be better served by combining the Debtors for bankruptcy purposes into a single estate from which creditors may receive distributions.  This Motion is more fully supported by the Declaration of Richard J. Schwalbe and the Memorandum of Points and Authorities filed herewith, and the entire record in these proceedings.

Dated:  February 13, 2009

FRENCH & LYON
A Professional Corporation


By:   /s  Patricia H. Lyon
      PATRICIA  H. LYON
      Attorney for Richard J. Schwalbe
      Chapter 7 Trustee

-2-
TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION
CASE NO. 08-12206-AJ

Case: 08-12206   Doc# 149   Filed: 02/13/09   Entered: 02/13/09 15:57:47   Page 2 of 2