REIDUN STRØMSHEIM # 104938
LINDA SORENSEN # 72753
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235

Attorneys for Trustee,
JEFFRY G. LOCKE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LOHREY ENTERPRISES, INC.

TAX ID # 94-2321063

Debtor

Case No. 08-12206
Chapter 7

Date: May 21, 2010
Time: 10 a.m.
Place: 99 South E. Street
Santa Rosa, CA

### ORDER AUTHORIZING SURCHARGE, DISTRIBUTION, PAYMENT OF SECURITY COSTS; AND PERMITTING TRUSTEE TO FILE INTERPLEADER IN 60 DAYS FROM DATE OF HEARING

A hearing on the motion ("Motion") of Jeffry G. Locke ("Trustee"), trustee of the above referenced bankruptcy estate, requesting an order authorizing him to pay to the estate of Lohrey Investments, Inc., Case #09-10007, the sum of $60,000, free and clear of liens, to retain in this estate the sum of $561,820, free and clear of liens, and from that amount pay the sum of $71,820 to Silicon Valley Security & Patrol ("SVSP"), and if no settlement is reached between the different secured creditors within 60 days of the above stated hearing, to prepare and file an interpleader action for the balance of the purchase sum for the property sold by the two estates, was held before this Court on May 21, 2010 at 10:00 a.m.; appearances were as noted on the record. No opposition having been presented, and good cause appearing therefor, it is hereby

ORDERED THAT:

1. The Motion is granted;

2. The Trustee is authorized to pay to Jeffrey E. Hutchinson, as Chapter 7 Trustee of the estate of Lohrey Investments, LLC, Case # 09-10007, the sum of $60,000, free and clear of liens;

3. The Trustee is authorized to retain in this estate the sum of $561,820, free and clear of liens;

4. From the aforesaid sum retained in this estate, the Trustee is authorized to pay the sum of $71,820 to Silicon Valley Security & Patrol;

5. If no settlement is reached between the different secured creditors on or before July 20, 2010, the Trustee is authorized to prepare and file an interpleader action for the balance of the purchase sum for the property sold by the two estates as described in the Motion; and

6. The Trustee is authorized to do such acts and execute such documents as may be necessary and appropriate to accomplish the above.

DATED: May 26, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

STROMSHEIM & ASSOCIATES